## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**LINDA KENISON,**

    **Plaintiff,**

**v.**                                **Case No: 8:20-cv-1139-MSS-JSS**

**SCHELLMAN & COMPANY,**
**LLC,**

    **Defendant.**

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On September 2, 2021, the Mediator filed a Mediation Report, informing the Court that the above-captioned case was settled. (Dkt. 39) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of September 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party