# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**LINDA KENISON,**

    **Plaintiff,**

**v.**                                                                      Case No: 8:20-cv-1139-MSS-JSS

**SCHELLMAN & COMPANY, LLC,**

    **Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Notice of Voluntary Dismissal, (Dkt. 41), and pursuant to Federal Rule of Civil Procedure 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. This case shall remain closed.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of December 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party